UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00051-D-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| FRANKLIN ANTONIO RIOS | |

On motion of the defendant, Franklin Antonio Rios, and for good cause shown, it is hereby ORDERED that **DE 212** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 25 day of July, 2025.

_____
JAMES C. DEVER III
United States District Court Judge